◼ PATRICIA IKEDA, Appellant-Respondent, v DANIELLE M. TEDESCO et al., Respondents-Appellants. [929 NYS2d 895]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Smith, Carni, Lindley and Martoche, JJ.